IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN S. LUDWIG** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:04CV644** |
| | § | |
| **OFFSHORE MARINE ASSISTANCE,** | § | |
| **d/b/a SEA TOW SAN DIEGO, ET AL.** | § | **DEFENDANTS** |

## JUDGMENT

THIS CAUSE came before the Court on October 2, 2006 for trial without a jury pursuant to FED. R. CIV. P. 52.  The Court, after a full review and consideration of the evidence presented, pleadings on file, arguments of counsel and the relevant legal authority, finds that in accord with the order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant Chris Curcuru pursuant to FED. R. CIV. P. 52.  Plaintiff's case is hereby dismissed with prejudice against Defendant Chris Curcuru.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff shall recover of the Defendant Offshore Marine Assistance, d/b/a Sea Tow San Diego, compensatory damages in the amount of $20,547.45, plus attorney's fees of $26,549.87.  The total sum of $47,097.32 will accrue post-judgment interest at the rate of 4.90% per annum until paid in full.

**SO ORDERED AND ADJUDGED** this the 3th day of October, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE